**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| RONALD WALKER, On Behalf of Himself And All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>CONSTELLATION ENERGY GROUP, INCORPORATED, MAYO A. SHATTUCK, III, YVES C. DE BALMANN, ANN C. BERZIN, JAMES T. BRADY, JAMES R. CURTIS, FREEMAN A. HRABOWSKI III, NANCY LAMPTON, ROBERT J. LAWLESS, JOHN L. SKOLDS, MICHAEL D. SULLIVAN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION,<br><br>           Defendants. | Case No. 1:11-cv-02165-WDQ |

## PLAINTIFF'S NOTICE OF MOTION FOR EXPEDITED DISCOVERY AND MOTION TO SHORTEN TIME TO RESPOND TO MOTION FOR EXPEDITED DISCOVERY

Ronald Walker ("Plaintiff"), individually and on behalf of all others similarly situated, by his undersigned attorneys, respectfully moves for the entry of an Order directing expedited discovery and to shorten the time for Defendants to respond to this Motion ("Motion"). The grounds for this Motion are set forth in the Memorandum of Law in Support of Plaintiff's Motion for Expedited Discovery and Motion to Shorten Time to Respond to Motion for Expedited Discovery ("Memorandum").

**WHEREFORE**, for all of the reasons set forth in the Memorandum, submitted herewith, Plaintiff respectfully requests that the Court grant the Motion and enter an Order directing the requested expedited discovery that is set forth in Plaintiff's Memorandum, which Memorandum is adopted by reference herein as if set forth fully herein.

## **REQUEST FOR HEARING**

Plaintiff requests that this Motion be scheduled for hearing.

Dated: August 26, 2011                             Respectfully Submitted,

_____/s/_____
Donald J. Enright, Bar No. 013551
LEVI & KORSINSKY LLP
1101 30th Street, NW, Suite 115
Washington, DC  20007
Tel:  (202) 524-4292
Fax:  (202) 333-2121
Email: denright@zlk.com

John B. Isbister, Bar No. 00639
Daniel S. Katz, Bar No. 01148
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Tel.: (410) 752-9700
Fax: (410) 727-5460
Email: jisbister@tydingslaw.com
           dkatz@tydingslaw.com

Charles J. Piven, Bar No. 00967
Yelena Trepetin, Bar No. 28706
BROWER PIVEN
  A Professional   Corporation
1925 Old Valley Road
Stevenson, MD  21153
Tel:  (410) 332-0030
Fax:  (410) 685-1300
Email: piven@browerpiven.com
           trepetin@browerpiven.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Expedited Discovery and accompanying Memorandum of Law in support thereof were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and electronically sent to those indicated as non-registered participants on August 26, 2011:

James D. Mathias, Esquire
David Clarke, Jr., Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, MD  21209-3600
James.mathias@dlapiper.com
david.clarke@dlapiper.com

*Counsel for Defendant Constellation Energy, Inc., and individual defendants*

James P. Gillespie, Esquire
Brant Bishop, Esquire
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, DC  20005-5793
jgillespie@kirkland.com
bbishop@kirkland.com

*Counsel for Defendant Constellation Energy, Inc., and individual defendants*

Matthew R. Kipp, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606-1720
matthew.kipp@skadden.com

*Counsel for Defendant Exelon Corporation*

James L. Shea, Esquire
G. Stewart Webb, Esquire
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
jshea@venable.com
gswebb@venable.com
*Counsel for Defendants Exelon Corporation and Bolt Acquisition Corp.*

                                                         /s/
                                       Donald J. Enright