**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| RONALD WALKER, On Behalf of Himself and All Others Similarly Situated | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. 1:11-CV-02165-WDQ |
| CONSTELLATION ENERGY GROUP, INCORPORATED, et al. | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF COUNSEL**
**FOR EXENSION OF TIME**

Plaintiff Roland Walker and all Defendants, acting by and through their respective undersigned attorneys, hereby stipulate and agree that the time within which all Defendants may respond to the Complaint is extended through and until September 15, 2011.

| | |
|---|---|
| /s/ | /s/ |
| G. Stewart Webb, Jr. | Charles J. Piven |
| **VENABLE LLP** | Yelena Trepetin |
| 750 East Pratt Street | **BROWER PIVEN** |
| Suite 900 | A Professional Corporation |
| Baltimore, MD  21202 | 1925 Old Valley Road |
| T: (410) 244-7565 | Stevenson, Maryland  21153 |
| F: (410 244-7742 | T: (410) 332-0030 |
| | F: (410) 685-1300 |
| *Attorneys for Defendants Exelon Corporation and Bolt Acquisition Corporation* | *Attorneys for Plaintiff Ronald Walker* |

- 2 -

       /s/
James D. Mathias
David Clarke, Jr.
Benjamin D. Schuman
**DLA PIPER LLP (US)**
6225 Smith Avenue
Baltimore, Maryland 21209-3600
T: (410) 580-4208
F: (410) 580-3208

*Attorneys for Defendants Constellation Energy Group, Inc., Mayo A. Shattuck, III, Yves C. De Balmann, Ann C. Berzin, James T. Brady, James R. Curtiss, Freeman A. Hrabowski, III, Nancy Lampton, Robert J. Lawless, John L. Skolds, and Michael D. Sullivan*