**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| RONALD WALKER, Individually on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 11-cv-02165-WDQ |
| Plaintiff, ) ) ) | CLASS ACTION |
| vs. ) ) | **[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD AND LIAISON COUNSEL** |
| CONSTELLATION ENERGY GROUP, INC., MAYO A. SHATTUCK III, YVES C. DE BALMANN, ANN C. BERZIN, JAMES T. BRADY, JAMES R. CURTIS, FREEMAN A. HRABOWSKI III, NANCY LAMPTON, ROBERT J. LAWLESS, JOHN L. SKOLDS, MICHAEL D. SULLIVAN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |
| W.C. SMITH, Individually on Behalf of Himself and All Others Similarly Situated, ) ) ) | Civil Action No. 11-cv-02437-WDQ |
| Plaintiff, ) ) ) | |
| vs. ) ) | |
| CONSTELLATION ENERGY GROUP, INC., MAYO A. SHATTUCK III, JAMES R. CURTISS, FREEMAN A. HRABOWSKI, III NANCY LAMPTON, MICHAEL D. SULLIVAN, JAMES T. BRADY, ROBERT J. LAWLESS, YVES C. DE BALMANN, JOHN L. SKOLDS, ANN C. BERZIN, EXELON CORPORATION, and BOLT ACQUISITION CORPORATION, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

The Court, having considered Plaintiff W.C. Smith's Motion to Consolidate Related Actions and Appoint Lead and Liaison Counsel (the "Motion"), the parties' papers and pleadings submitted in connection with the Motion, the argument of counsel, the papers and pleadings on file in this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED.

2. The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Walker v. Constellation Energy Group Inc., et al.* | 11-cv-02165-WDQ | 8/04/2011 |
| *Smith v. Constellation Energy Group Inc., et al.* | 11-cv-02437-WDQ | 8/30/2011 |

3. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE CONSTELLATION ENERGY GROUP, INC. SHAREHOLDER LITIGATION | ) Lead Case No. 11-cv-02165-WDQ ) ) (Consolidated with No. 11-cv-02437-WDQ) |
| This Document Relates To:  ALL ACTIONS | ) ) ) ) ) ) |

4. The files of these consolidated actions shall be maintained in one file under Master File No. 11-cv-02165-WDQ.

5. Plaintiffs shall either designate a current complaint as operative or file a consolidated complaint within 20 days after entry of this Order, unless otherwise agreed upon by the parties. If filed, the consolidated complaint shall be deemed the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

6. Lead Counsel for plaintiffs in the consolidated action are:

> ROBBINS UMEDA LLP
> BRIAN J. ROBBINS
> STEPHEN J. ODDO
> ARSHAN AMIRI
> LAUREN E. ROSNER
> 600 B Street, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991

7. Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

9. Liaison Counsel for plaintiffs for the conduct of these consolidated actions is:

> MASON LLP
> GARY E. MASON
> 1625 Massachusetts Avenue, N.W., Suite 605
> Washington, D.C. 20036
> Telephone: (202) 429-2290
> Facsimile: (202) 429-2294

10. Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communicating with defendants' counsel on matters of case administration and scheduling.  Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

11. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs.

-3-

12. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as the consolidated action, which is subsequently filed in, remanded to or transferred to this Court.

13. When a case which properly belongs as part of *In re Constellation Energy Group, Inc. Shareholder Litigation*, Lead Case No. 11-cv-02165-WDQ, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of that case in order that it might properly be consolidated as part of *In re Constellation Energy Group, Inc. Shareholder Litigation*, Lead Case No. 11-cv-02165-WDQ, and counsel are to assist in assuring that counsel in all such subsequently filed related actions receive notice of this Order.

IT IS SO ORDERED.


DATED: _____            _____
                                          HONORABLE WILLIAM D. QUARLES, JR.
                                          UNITED STATES DISTRICT JUDGE

648471