# Exhibit A

# ROBBINS UMEDA LLP

## Firm Resume

Robbins Umeda LLP is a nationally recognized shareholder rights firm dedicated to the prosecution of shareholder derivative and class action lawsuits.  We are committed to the principle that the directors and managers of publicly traded corporations must be held accountable to the owners of the enterprise – the shareholders.  A leader in corporate governance reform, Robbins Umeda LLP has worked with individual and institutional shareholders to improve board oversight, legal compliance, transparency, and responsiveness at more than 125 Fortune 1000 companies.  The firm has also helped secure several of the largest monetary recoveries in the history of shareholder derivative litigation, and has helped clients to realize more than $1 billion of value for themselves and the companies in which they have invested.  ISS's Securities Class Action Services has listed Robbins Umeda LLP as among the nation's top shareholder plaintiffs' firms and the *National Law Journal* has recognized the firm as a "serious player" in securities litigation.

## PRACTICE AREAS

In addition to representing individual and institutional shareholders in shareholder derivative actions, securities fraud class actions, and securities class actions arising out of mergers and acquisitions, initial public offerings, and going private transactions, Robbins Umeda LLP's practice includes antitrust actions, Employee Retirement Income Security Act (ERISA) actions, whistleblower actions under the Dodd-Frank Wall Street Reform and Consumer Protection Act and the False Claims Act, consumer class actions, and employment-related class and collective actions.

## LEADERSHIP

Robbins Umeda LLP's experienced attorneys provide skilled representation to clients through all phases of complex litigation.  The firm's partners include former federal prosecutors, defense counsel from top corporate law firms, in-house counsel from leading financial institutions, and career shareholder rights litigators.  Collectively, they have litigated hundreds of cases in nearly every state, serving in numerous court-appointed leadership roles in complex multi-jurisdictional litigation.  They currently serve as lead or co-lead counsel in dozens of cases nationwide.  The firm's attorneys are supported by investigators, corporate research analysts, client relations specialists, and legal support professionals, each of whom is dedicated to providing exceptional client service.  Our talented team has helped secure significant results for our clients.  We feature below some of the firm's achievements across the nation.

- *Lieb v. Unocal Corp.*, No. BC331316 (Cal. Super. Ct.-L.A. Cnty. Dec. 20, 2005):  Robbins Umeda LLP represented as co-lead counsel the public shareholders of Unocal Corporation in this securities class action against Unocal and several of its insiders, officers, and directors for self-dealing and breach of fiduciary duty in connection with the proposed sale of Unocal to Chevron Corporation.  Plaintiffs alleged that Unocal's management failed to obtain the highest share price reasonably available by tailoring the proposed acquisition terms to meet the specific needs of acquirer Chevron, and by discouraging alternative bids.  After obtaining broad expedited discovery, the firm was credited for helping Unocal shareholders to realize $500 million in additional consideration as a result of Chevron's increased bid of $17.4 billion.   The firm also secured supplemental proxy statement disclosures before Unocal shareholders voted on whether to accept Chevron's bid over a nominally higher bid by the Chinese National Offshore Oil Corporation.

- *Kloss v. Kerker*, No. 50-2010-CA-018594-XXXX-MB (Fla. Cir. Ct.-Palm Beach Cnty. May 27, 2011): Robbins Umeda LLP worked with the parties to derivative litigation filed on behalf of the Internet's leading vitamin and supplement retailer, Vitacost.com, Inc., to save the $158 million market cap company from bankruptcy and to preserve the equity interests of its shareholders.  Robbins Umeda LLP was instrumental in achieving a settlement that enabled the company to bring its financial statements and SEC filings current; allowed Vitacost to hold a long overdue shareholder meeting to

address fundamental defects in the corporation's formation, board composition, and past stock issuances; and helped the company to persuade NASDAQ to lift its trading moratorium and provide the company and its shareholders access to the capital markets.  The firm worked with the company's new board of directors to implement a series of corporate governance best practices, including a robust insider trading policy.  Vitacost has hired Robbins Umeda LLP to evaluate and potentially to prosecute the company's claims against other parties relating to the defects in its formation, stock issuances, and other pre-IPO issues.

▪ ***In re Am. Int'l Group, Inc. Derivative Litig.***, No. 04 Civ. 8406 (DLC) (S.D.N.Y. Mar. 14, 2011): The firm was appointed lead counsel in the consolidated federal action alleging breach of fiduciary duty claims in connection with a bid-rigging scheme with Marsh & McLennan Companies, Inc., sham reinsurance transactions with General Re Corporation, and other activities intended to falsify American International Group, Inc.'s ("AIG") financial results.  As part of a global settlement of the derivative claims on AIG's behalf, Robbins Umeda LLP helped secure a $90 million payment to AIG, one of the largest monetary recoveries in the history of shareholder derivative actions.

▪ ***Staehr v. Walter***, No. 02-CVG-11-0639 (Ohio Ct. C.P.-Del. Cnty. Dec. 17, 2007) (hereinafter *Cardinal Health*): Robbins Umeda LLP led the charge in derivative litigation on behalf of the plaintiff who brought claims against certain Cardinal officers and directors arising out of Cardinal's proposed stock-for-stock acquisition of Syncor International Corp.  The action forced Cardinal to reduce the previously negotiated acquisition price for Syncor, saving the company millions of dollars.  During the course of its work on the Syncor transaction, Robbins Umeda LLP and other firms discovered that Cardinal insiders had engaged in a massive revenue inflation scheme to fraudulently overstate the company's financial performance.  Robbins Umeda LLP filed an amended complaint against several of Cardinal's officers and directors, defeated multiple motions to dismiss, and pursued and reviewed millions of pages of documents in discovery.  The firm ultimately negotiated and resolved the matter by obtaining $70 million for the company, among the largest monetary recoveries ever in a shareholder derivative action.  The settlement also required Cardinal's board of directors to implement significant corporate governance and internal accounting controls designed to improve the board's oversight of Cardinal's senior management and to prevent recurrence of the alleged accounting manipulations.

▪ ***Overby v. Tyco Int'l Ltd.***, No. 02-CV-1357-B (D.N.H. Nov. 23, 2009): Robbins Umeda LLP represented a class of employees of Tyco International Ltd., the largest electronics security provider in the world, when employees brought claims against the company for violations of the Employee Retirement Income Security Act (ERISA). Robbins Umeda LLP helped to achieve a $70 million settlement for the beneficiaries of Tyco's defined contribution retirement plan.

▪ ***In re Titan, Inc. Sec. Litig.***, No. 04-CV-0676-LAB (NLS) (S.D. Cal. Dec. 20, 2005):  The firm served as co-lead counsel in this securities fraud class action against The Titan Corporation and certain of its officers and directors for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and breach of fiduciary duty.  Robbins Umeda LLP's efforts resulted in a recovery of $61.5 million for Titan's shareholders.

▪ ***Pirelli Armstrong Tire Corp. Ret. Med. Benefits Trust v. Hanover Compressor Co.***, No. H-02-0410 (S.D. Tex. Feb. 6, 2004):  Shareholders of Hanover Compressor Company, a provider of outsourced natural gas compression services operating in the United States and select international markets, brought claims on behalf of the company for breach of fiduciary duty, waste of corporate assets, abuse of control, and gross mismanagement against company officers and directors arising out of an off-balance-sheet joint venture to build and operate a natural gas processing plant on barges off the coast of Nigeria.  As lead negotiator for derivative plaintiffs, Robbins Umeda LLP achieved what the court noted as "groundbreaking" and "unprecedented" benefits for the company, including a $56.3 million recovery for the company and the appointment of two shareholder-nominated directors.  Under the terms of the settlement, Hanover became one of the first companies in the United States to commit to implement a five-year rotation rule for its outside audit firms.

▪ ***In re Tenet Healthcare Corp. Derivative Litig.***, No. 01098905 (Cal. Super Ct.–Santa Barbara Cnty. May 5, 2006), *aff'd*, No. B192252 (Cal. App. Sept. 20, 2007):  The firm served as co-lead counsel for

the plaintiffs, who alleged that Tenet Healthcare Corp.'s top executives breached their fiduciary duties to the company by failing to monitor, investigate, and oversee Tenet's patient procedures, Medicare billing, and accounting practices.  After prosecuting the case for over three years, Robbins Umeda LLP's attorneys negotiated a comprehensive settlement, which included $51.5 million in cash contributions to Tenet and sweeping corporate governance reforms and other remedial measures designed to ensure the independence and accountability of the company's board of directors.  The new governance regime included separation of the positions of chief executive officer and chairman of the board of directors, strict internal financial controls, enhanced guidelines for stock ownership and stock retention, and a comprehensive insider trading policy. The settlement was upheld on appeal.

- *In re KB Home S'holder Derivative Litig.*, No. 2:06-CV-05148-FMC (CTx) (C.D. Cal. Feb. 9, 2009): Robbins Umeda LLP served as co-lead counsel for the plaintiffs, who alleged that insiders of KB Home, Inc., a prominent builder of single family homes in the United States and France, manipulated their stock option grant dates to misappropriate millions of dollars in illicit compensation.  Robbins Umeda LLP's efforts helped return nearly $50 million in value to the company, including a cash payment of over $31 million.  In addition, the firm helped to cause KB Home to secure corporate governance enhancements and to implement remedial measures, including separation of the chairman of the board and chief executive officer positions; declassification of the board of directors; majority voting for elections to the board; adoption of formal written procedures for the grant of stock options; and limits on future executive severance payments, among others.

- *In re Qwest Sav. & Inv. Plan ERISA Litig.*, No. 02-cv-00464 (D. Colo. Jan. 29, 2007):  Robbins Umeda LLP served on plaintiffs' executive committee in a class action brought as a civil enforcement suit for violations of the Employee Retirement Income Security Act (ERISA). The employees alleged that Qwest's management repeatedly misrepresented the financial status of Qwest to its employees to encourage employees to make discretionary investments in the Qwest common stock. When the truth about Qwest's financial condition and egregious accounting manipulations was revealed, the price of Qwest common stock plummeted, but employees were restricted from selling their retirement fund shares under the terms of the Qwest Savings & Investment Plan. By the time the restriction was lifted, Qwest stock was trading at an all-time low, devastating the employees' retirement funds. After years of contentious litigation, Robbins Umeda LLP helped achieve a $37.5 million settlement for the benefit of the employees who had invested in the retirement plan.

- *In re Nicor, Inc. S'holder Derivative Litig.*, No. 02 CH 15499 (Ill. Cir. Ct.-Cook Cnty. Mar. 29, 2005): The firm served as co-lead counsel for plaintiffs who brought claims for breach of fiduciary duty and unjust enrichment against several officers and directors of Nicor, Inc., one of the largest natural gas distributors in the United States. Plaintiffs alleged that Nicor's management made material misrepresentations to and omitted material information from the Illinois Commerce Commission and the company's shareholders and customers, and unlawfully manipulated the company's operating results.  Robbins Umeda LLP attorneys negotiated and secured personnel changes among Nicor's executive officers and board members, as well as $33 million for Nicor.

- *In re OM Group, Inc. Derivative Litig.*, No. 1:03-CV-0020 (N.D. Ohio Nov. 10, 2005):  The firm served as lead counsel to plaintiffs in this derivative action arising out of a massive accounting fraud at this global solutions provider and specialty chemical manufacturer. During the litigation, our attorneys opposed and defeated defendants' motions to dismiss, reviewed thousands of documents produced during discovery, conducted expert discovery, and took over forty depositions of witnesses and defendants throughout the United States and Europe.  Robbins Umeda LLP obtained on behalf of our client and the company a settlement that included a $29 million payment to the company, the termination of the company's chief executive officer, the addition of two shareholder-nominated directors, and the implementation of various other beneficial corporate governance procedures at the company.

- *In re Juniper Networks, Inc. Derivative Litig.*, No. 1:06-CV-064294 (Cal. Super. Ct.-Santa Clara Cnty. Dec. 4, 2008): Robbins Umeda LLP served as co-lead counsel in this state shareholder derivative suit against several officers and directors of Juniper Networks, Inc., a global networking and communications technology company, for breach of fiduciary duty, abuse of control, gross

mismanagement, waste of corporate assets, unjust enrichment, insider selling, accounting, and rescission in connection with a stock option backdating scheme. After extensively prosecuting the case, the firm helped secure substantive corporate governance reforms and the forfeiture of more than $22 million in stock options to the company from four executives and directors of the board.

- ***In re Sanmina-SCI Corp. S'holder Derivative Litig.***, No. 1:06-CV-071786 (Cal. Super. Ct.-Santa Clara Cnty. May 15, 2009): Robbins Umeda LLP represented shareholders in a state derivative action alleging claims on behalf of Sanmina-SCI Corporation, a global provider of electronics manufacturing services, against certain company officers and directors concerning stock option backdating. The firm helped achieved nearly $16.8 million in financial benefits for the company from the defendants as well as numerous corporate governance reforms including stricter policies regarding stock option plans.

- ***In re PETCO Animal Supplies, Inc. S'holder Litig.***, No. GIC 869399 (Cal. Super. Ct. –San Diego Cnty. Mar. 26, 2010): Robbins Umeda LLP served as co-lead counsel to the public shareholders of PETCO Animal Supplies, Inc., in a class action against several of the company's insiders, directors and affiliates for self-dealing and breach of fiduciary duty. The class action sought to enjoin PETCO's insiders, directors, and affiliates from consummating any sale of PETCO unless and until the company implemented a procedure to ensure that PETCO's shareholders received the highest possible price for the sale. Over the course of three years of litigation, our attorneys engaged in extensive motion practice and document, expert, and witness discovery. Shortly before the case went to trial, Robbins Umeda LLP assisted in achieving a settlement of the class action, which secured a $16 million settlement fund for the class of shareholders.

- ***In re Wireless Facilities, Inc. Derivative Litig.***, No. 04-CV-1663-JAH-(NLS) (S.D. Cal. Mar. 30, 2010): The firm served as co-lead counsel in the derivative action on behalf of an independent provider of security systems engineering for the wireless communications industry and, after more than five years of hard fought litigation, achieved a comprehensive settlement that required certain officers to forfeit significant amounts of stock and/or stock options back to the company, restricted voting rights for certain former officers and directors, secured monetary reimbursement to the company, and implemented a number of important changes to the company's corporate governance, such as the addition of two independent directors to the board and an annual review of the chairman's performance.

Robbins Umeda LLP's achievements in the courtroom have been recognized by a number of respected jurists. We feature a selection of commendations below.

- *"The quality of representation by the Derivative Plaintiffs' Counsel was witnessed first hand by this Court through their articulate, high quality, and successful pleadings. Moreover, as shown by their excellent efforts in this case, Derivative Plaintiffs' Counsel are dedicated to vindicating the rights of shareholders …."*

  **Honorable Ed Kinkeade**, Judge of the U.S. District Court for the Northern District of Texas, *In re Heelys, Inc. Derivative Litig.*, No. 3:07-CV-1682-K

- *"I think you've actually set the bar kind of high for future settlements. This looks like an excellent result for the various class members in both the derivative action and the other action.... And it's to the credit of the lawyers that they were able to achieve this result before a lot of discovery and a lot of expenses were undertaken .... And so, I would be quite delighted and satisfied to make the necessary findings that this is an excellent settlement for plaintiffs."*

  **Honorable Robert S. Lasnik**, Judge of the U.S. District Court for the Western District of Washington, *In re Cutter & Buck Sec. Litig.*, No. C02-1948L

- Robbins Umeda LLP's lawyers proved *"competent, experienced, [and] trustworthy."*

  **Honorable Larry A. Burns**, Judge of the U.S. District Court for the Southern District of California, *In re Sequenom, Inc. Derivative Litig.*, No. 09CV1341-LAB (WMC)

- *"Class counsel is highly experienced in bringing both class actions and derivative claims" and have "a nationwide reputation for handling shareholder derivative litigation, various class actions, and complex litigation…. Throughout the litigation, [class counsel] has shown themselves to be capable and qualified to represent the class."*

  **Honorable Darla Williamson**, Judge of the Fourth Judicial District of the State of Idaho, County of Ada, *Carmona v. Bryant*, CV-OC-0601251

- *"The court also notes that the settlement appears to place the shareholders in a much better position than that which existed prior to the beginning of this litigation."*

  **Honorable John A. Houston**, Judge of the U.S. District Court for the Southern District of California, *In re Wireless Facilities Inc., Derivative Litig.*, No. 04-CV-1663 JAH (NLS)

- *"[W]e had … competent counsel who were able to reach a very handsome settlement for the shareholders who were working here on behalf of the shareholders interests."*

  **Honorable Denise de Bellefeuille**, Judge of the Superior Court of California, County of Santa Barbara, *In re Tenet Healthcare Corp. Derivative Litig.*, No. 01098905

- *"Thank you very much for the good work that you all did. And I think that your stockholders will appreciate it, too."*

  **Honorable Sophia H. Hall**, Judge of the Circuit Court of Cook County, Illinois, *In re Nicor, Inc. S'holder Derivative Litig.*, No. 02CH 15499

- *"Thank you for your good work on behalf of your clients. I appreciate it."*

  **Honorable Thomas Barkdull**, Circuit Judge of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, *Kloss v. Kerker*, No. 50-2010-CA-018594-XXXX-MB

## FOUNDERS

**Brian J. Robbins**
Managing Partner

Mr. Robbins is co-founder and managing partner of Robbins Umeda LLP and oversees the management of the firm and its practice areas. He has committed his entire career to representing shareholders, employees, consumers, and businesses in complex litigation matters. Focusing on shareholder rights litigation, Mr. Robbins has served as lead or co-lead counsel in many complex, multi-party actions across the country on behalf of U.S. and international clients. He has secured hundreds of millions of dollars in monetary recoveries and comprehensive corporate governance enhancements for shareholders and the public corporations in which they have invested such as *American International Group* ($90 million payment to AIG as part of a global settlement of derivative actions), *Titan* ($61.5 million recovery, one of the largest securities fraud class action recoveries in San Diego's history), *Tenet* ($51.5 million for Tenet and sweeping corporate governance enhancements and remedial measures), *OM Group* ($29 million for OM Group, the removal of the company's long term chief executive officer, the addition of two shareholder-nominated directors, and other corporate governance reforms), and *Wireless* (required certain officers to forfeit stock and/or stock options back to the company, restricted voting rights for certain former officers and directors, secured monetary reimbursement to the company, and implemented corporate governance reforms such as the addition of two independent directors to the board and an annual review of the chairman's performance). Recently, Mr. Robbins was instrumental in achieving an extraordinary settlement on behalf of his shareholder client in *Kloss v. Kerker*, which virtually saved vitamin and supplement retailer Vitacost.com, Inc. from bankruptcy and helped to preserve the equity interests of its shareholders.

Mr. Robbins is recognized nationally as among the leaders in the plaintiffs' bar. He has authored articles in *Law 360*, *The Recorder*, the *Delaware Law Weekly* and *Corporate Compliance Insights*, and has been a

panelist for the Washington State Bar Association's Annual Northwest Securities Institute and a speaker at CLE International's Class Actions Conference.  In addition, Mr. Robbins has been named to the San Diego Super Lawyers list of top attorneys for five consecutive years (2007 – 2011).

Mr. Robbins earned his Master of Laws degree (LL.M.) in Securities and Financial Regulation from the Georgetown University Law Center in 1998 and received his Juris Doctor degree from Vanderbilt Law School in 1997.  While at Vanderbilt, Mr. Robbins served as research assistant for two corporate and securities law professors: Professor Donald C. Langevoort, former Special Counsel for the U.S. Securities and Exchange Commission in the Office of the General Counsel, and the late Professor Larry D. Soderquist, one of the most respected professors in the field of corporate and securities law.  He earned his Bachelor of Arts degree in Sociology from the University of California at Berkeley in 1993 after only two and a half years of study.  Mr. Robbins is licensed to practice law in the State of California and the State of Connecticut, and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California, the District of Colorado, and the U.S. Court of Appeals for the Second, Fifth, Sixth, and Ninth Circuits

**Marc M. Umeda**
Partner

Mr. Umeda co-founded Robbins Umeda LLP and is a partner in the firm.  He has practiced complex litigation throughout his legal career and devotes all of his time to the area of complex shareholder litigation, focusing on shareholder derivative actions and class actions. Mr. Umeda has successfully prosecuted actions throughout the country on behalf of his shareholder clients, achieving multi-million dollar monetary recoveries, including one of the largest monetary settlements ever in a shareholder derivative action, and securing corporate governance improvements at some of the country's most well-known companies.

Mr. Umeda has served as lead counsel on numerous cases which obtained significant results for shareholders and corporations such as *Cardinal Health* ($70 million for the company), *Nicor, Inc.* ($33 million for the company and personnel changes among the company's executive officers and board of directors), and *Sanmina-SCI Corporation* (nearly $16.8 million to the company from the defendants and numerous corporate governance reforms including stricter stock option plan policies).  In *In re Brocade Communications Systems, Inc. Derivative Litigation*, No. 1:05CV041683 (Cal. Super. Ct.-Santa Clara Cnty. filed May 23, 2005), Mr. Umeda served as lead counsel in shareholder derivative litigation arising out of a multi-year criminal stock option backdating scheme and led the firm in preventing an inadequate settlement that would have released defendants for no money to the company, even as the U.S. government pursued and ultimately obtained criminal convictions against the responsible executives. The firm was eventually retained by the company to assist in prosecuting its claims against certain former officers and directors.

Mr. Umeda has been named a San Diego Super Lawyer every year since 2009, and his leadership and dedication to shareholder causes has also drawn recognition from judges, such the Honorable Mark R. Forcum of the Superior Court of California, County of San Mateo, who has observed that Mr. Umeda is "an excellent lawyer" who is committed "to do the best possible job he can for [his client]."

Mr. Umeda is the only lawyer in America that has prevailed in a District Court on the issue of whether section 304 of the Sarbanes-Oxley Act of 2002 provides for a private right of action, enforceable by individual shareholders in a derivative action.  This complicated legal issue is a very important tool in making companies whole when their officers are engaged in misconduct that leads to a financial restatement.

Mr. Umeda earned his Juris Doctor degree in 1998 from the University of San Diego School of Law, where he was a member of the *San Diego Law Review*.  Mr. Umeda graduated from the University of California at Berkeley in 1994 with a Bachelor of Arts degree in Political Science.  He is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California, the District of Colorado, and the U.S. Courts of Appeals for the Second, Third, Fourth, Seventh, and Ninth Circuits.

**PARTNERS**

**George C. Aguilar**
Partner

Mr. Aguilar is a former federal prosecutor and trial lawyer who has tried more than 40 federal criminal trials to verdict. He focuses his practice on the litigation of complex actions including shareholder derivative actions, securities class actions, and antitrust actions.  He has successfully litigated numerous shareholder actions against fraudulent management and company insiders, and has secured pro-investor corporate governance reform at companies across the U.S.  For example, in *In re Heelys Inc. Derivative Litigation*, No. 3:07-CV-1682-K (N.D. Tex. Nov. 17, 2009), Mr. Aguilar litigated a shareholder derivative action in Texas that secured corporate governance reforms including the creation of a safety compliance manager and a disclosure and controls manager, the adoption of compensation principles by Heelys's board of directors, and stricter insider trading controls.  In *In re Beazer Homes USA, Inc. Derivative Litigation*, No. 1:07-CV-0842-CC (N.D. Ga. Feb. 17, 2010), Mr. Aguilar was instrumental in securing substantive corporate governance improvements following claims that company directors and officers had engaged in improper lending practices, accounting manipulations, and misled the public about the company's financial condition. Mr. Aguilar led the firm in achieving key personnel changes, organizational changes to the company's field operations, and adoption of a new code of business conduct and ethics.  Mr. Aguilar is currently litigating several shareholder actions and leading the firm as part of a team of plaintiff firms in an ongoing antitrust class action suit, *Police & Fire Retirement System of Detroit v. Bain Capital Partners*, No. 1:07-CV-12388(EFH) (D. Mass. Filed Dec. 28, 2007), against several private equity firms.  The case involves allegations of conspiracy among defendants to rig bids, restrict the supply of private equity financing, fix transaction prices, and divide up the market for private equity services for leveraged buyouts.  Mr. Aguilar has so far conducted several depositions of some of the key private equity principals during the initial discovery phase of the case.

Before joining Robbins Umeda LLP, Mr. Aguilar served for seventeen years as a federal prosecutor with the U.S. Attorney's Office in San Diego.  He took immigration and drug-related offenses to trial, and pursued grand jury investigations, indictments, and trials in the areas of fraud, violent crime, firearms, civil rights, and large-scale narcotics conspiracies in the office's General Crimes Section.  He served four years as chief of the Terrorism, Violent Crimes, and General Prosecutions Section and led a team of trial lawyers as a deputy chief for the General Crimes Section.  Mr. Aguilar also served four years as a trial lawyer on the Financial Institution Fraud Task Force and another four years in the Major Frauds Section, where he led grand jury investigations, indicted, and tried complex white collar criminal cases, including corporate, securities, bank, investor, tax, foreign currency, bankruptcy fraud, bank bribery, and money laundering.  While serving at the U.S. Attorney's Office, he authored thirty-five appellate briefs and argued more than a dozen cases on appeal before the U.S. Court of Appeals for the Ninth Circuit.  For six years he served as one of the office's supervising ethics officers, and he was a member of the U.S. Attorney's Office's hiring and death penalty committees.  For his work, Mr. Aguilar received several awards of recognition from the U.S. Department of Justice and federal agencies, including receiving the prestigious Executive Office for U.S. Attorneys' Director's Award.  Prior to joining the U.S. Attorney's Office, Mr. Aguilar served as an associate at Morrison & Foerster LLP and focused on complex securities litigation.

Mr. Aguilar has also been recognized as a leader in the local legal community and has served in several leadership roles, including as vice-chair and chair of the Federal Courts Committee of the State Bar of California.  He was appointed chair of the city of San Diego's Citizens Equal Opportunity Commission by two mayors of the city of San Diego.  He also served as president for both San Diego La Raza Lawyers and California La Raza Lawyers, and was a long-time member and chair of San Diego La Raza Lawyers' Judicial Endorsements Committee.  He was also selected by the U.S. District Court for the Southern District of California's federal judges to serve on the district's magistrate selection committee in its appointment of the federal magistrate for Imperial County.  He currently sits by judicial appointment on the district's magistrate reappointment and selection committees.  Mr. Aguilar received the San Diego Mediation Center's Peacemaker Award for his community service work and was an honoree of the Hispanic Heritage's "100 Portraits" presentation.

Mr. Aguilar received his Juris Doctor degree in 1986 from Boalt School of Law at the University of California at Berkeley. While in law school, he served on the Moot Court Board and was managing editor of the *La Raza*

*Law Journal*.  Mr. Aguilar graduated from the University of Southern California in 1983 with Bachelor of Arts degrees in Political Science and Journalism.  He is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern and Southern Districts of California, the District of Wisconsin, and the U.S. Court of Appeals for the Ninth Circuit.

**Felipe J. Arroyo**
Partner

Mr. Arroyo concentrates his practice on complex shareholder litigation.  He has helped secure results for shareholders and companies in high-profile shareholder derivative suits and securities class actions, and has represented shareholders in a variety of industries including insurance, finance, banking, technology, and pharmaceuticals.  He has successfully litigated derivative cases against top executives of publicly traded companies who participated in a range of misconduct, including stock option backdating, the global subprime meltdown, misappropriation, insider trading, and various categories of false or misleading financial misstatements.  He has also litigated cases stemming from mergers and acquisitions in a variety of industries.  All told, the cases he has litigated have led to monetary recoveries of $190 million.

Prior to joining Robbins Umeda LLP, Mr. Arroyo practiced complex commercial litigation for over a decade at a prominent Los Angeles-based law firm.  There he represented a diverse client base of Fortune 500 clients in varied industries, such as technology, energy, entertainment, and hospitality.  An experienced trial lawyer, Mr. Arroyo also directed a public/private partnership called the Trial Advocacy Prosecution Program (TAPP).  During his time as the director of TAPP, he supervised, trained, and advised attorneys on trial strategy and practice while they litigated misdemeanor jury trials on a *pro bono* basis for a municipal client, was lead trial lawyer for seven jury trials that went to verdict, and prosecuted innumerable motions *in limine* and suppression motions.  Mr. Arroyo also served as general counsel to a fitness company for two years and successfully prosecuted a global patent infringement litigation campaign and he practiced complex commercial litigation, including litigating securities fraud cases, while with a prominent New York-based law firm.

Mr. Arroyo earned his Juris Doctor degree from the Yale Law School in 1992.  While at Yale, he served as a senior editor of the *Yale Law Journal* and as a director of the Yale Moot Court of Appeals.  In 1989, he earned his Bachelor's degree in Economics from the University of California, Los Angeles, where he served as a member of the A.S.U.C.L.A Finance Committee.  Mr. Arroyo is licensed to practice law in the State of California and the District of Columbia, and has been admitted to the U.S. District Courts for the Northern and Central Districts of California, and the U.S. District Courts of Appeals for the Second and Ninth Circuits.

**Stephen J. Oddo**
Partner

Mr. Oddo has devoted his practice to representing individual and institutional shareholders in corporate merger and acquisition class actions for nearly a decade.  He has secured tens of millions of dollars of additional consideration for shareholders whose investments have been adversely impacted by corporate transactions.  Mr. Oddo has also achieved disclosure of material information to shareholders so they are informed on the transaction at the time of the vote.  His litigation efforts have helped preserve the integrity of the merger process in companies across the country and helped maximize the value to shareholders.  For example, in *PETCO*, Mr. Oddo helped secure a $16 million settlement fund to be distributed to the class of shareholders.  At his former firm, Mr. Oddo represented shareholders of eMachines, Inc., in *In re eMachines, Inc. Merger Litigation*, No. 01-CC-00156 (Cal. Super. Ct.-Orange Cnty. July 25, 2007), in a challenge to the efforts of the company's founder to take the company private.  Mr. Oddo's litigation efforts helped secure a $24 million common fund for shareholders.  In the merger and acquisition-related securities class action *In re Electronic Data Systems Class Action Litigation*, Master File No. 366-01078-2008 (Tex. Dist. Ct.-Collin Cnty. Dec. 23, 2008), Mr. Oddo served as lead counsel and challenged the acquisition of Electronic Data Systems Corporation by Hewlett-Packard Company.  Mr. Oddo negotiated a pre-closing settlement that secured for Electronic Data Systems shareholders a $25 million dividend and the disclosure of previously omitted material information concerning the transaction that allowed for an informed shareholder vote.

Prior to joining Robbins Umeda LLP, Mr. Oddo was a partner at the firm now known as Robbins Geller Rudman & Dowd LLP, where Mr. Oddo was part of a team at the forefront of litigating shareholder claims

challenging unfair business combinations.  Before entering the legal profession, Mr. Oddo served as Press Secretary to U.S. Representative, Robert T. Matsui (D-Cal).

Mr. Oddo received his Juris Doctor degree in 1994 from the University of San Diego School of Law.  During law school, he served as intern for the Honorable Eugene Lynch, U.S. District Judge in the Northern District of California.  Mr. Oddo earned his Master of Science degree in Journalism from Northwestern University, Medill School of Journalism in 1987 and his Bachelor of Arts degree from Santa Clara University in 1986.  Mr. Oddo is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California.

**Kevin A. Seely**
Partner

Mr. Seely is a former federal prosecutor and devotes his practice to representing shareholders, consumers, and employees in complex class, derivative, and *qui tam* actions throughout the United States.  His practice also includes representing whistleblowers who report violations of the securities laws.  A tenacious trial lawyer with nineteen years of litigation experience in both the public and private sectors and in criminal and civil fraud prosecutions, Mr. Seely has successfully prosecuted top corporate executives, high-ranking government officials, and corporate entities for a variety of fraud schemes from theft of government services, bribery and embezzlement, to health care fraud.

Mr. Seely has achieved significant results for clients in cases including *Wireless Facilities*, a shareholder derivative action in which he played a key role in the hard-fought litigation, engaging in extensive motion practice, document discovery, and appellate work, and helping to achieve a settlement that required certain officers to forfeit significant amounts of stock and stock options back to the company, restricted voting rights for certain former officers and directors, secured monetary reimbursement to the company, and implemented a number of important changes to the company's corporate governance.  In another derivative action, *In re Sequenom, Inc. Derivative Litigation*, No. 09-CV-1341-LAB(WMc) (S.D. Cal. July 26, 2010), Mr. Seely was instrumental in the prosecution of the derivative action and helped achieve a $14 million benefit to the company, corporate governance reforms and changes to ensure accuracy of information released to the public, and the revision of clinical study protocols and procedures.  In addition, his litigation efforts helped prompt the termination or resignation of certain Sequenom executives who were directly involved in the alleged wrongdoing and helped to ensure that Sequenom's limited corporate assets were not wasted on excessive severance packages for these individuals upon their leaving the company.

Prior to joining Robbins Umeda LLP, Mr. Seely served as a former Assistant U.S. Attorney (AUSA) in the U.S. District Court for the Southern District of California and prosecuted civil fraud claims under the federal False Claims Act.  He also served as an AUSA for the Districts of Guam and Northern Mariana Islands and focused on white collar crime and public corruption matters.  In actions filed on behalf of various U.S. federal agencies, Mr. Seely played a lead role in the investigation, litigation, and negotiations of numerous settlements resulting in the return of millions of dollars to the victims of complex accounting and contract fraud schemes.  He also successfully led teams to investigate, prosecute, and negotiate the resolution of numerous complex financial fraud cases to verdicts, resulting in the return of funds to various victim entities and individuals.

Mr. Seely received his Juris Doctor degree in 1992 from the Northwestern School of Law of Lewis & Clark College.  While in law school, he was an associate editor of the *Lewis & Clark Law Review*.  Mr. Seely graduated *cum laude* from the University of California, Irvine in 1988.  He is licensed to practice law in the State of California, Guam, and the Commonwealth of the Northern Mariana Islands (CMNI) and he has been admitted to District Courts of Guam and the Northern Mariana Islands, as well as the U.S. District Courts for the Northern, Central, and Southern Districts of California, and the U.S. District Court of Appeals for the Ninth Circuit.

**Craig W. Smith**
Partner

Mr. Smith focuses on prosecuting complex securities actions, including securities fraud class actions, shareholder derivative actions, and transactional class actions.  His clients include shareholders with holdings

in the banking and finance, biotechnology, defense, information technology, leisure, and pharmaceutical industries. Mr. Smith also serves as the firm's general counsel.

Mr. Smith has played a central role in a number of the firm's successes on behalf of shareholders and public corporations, including *In re Brocade Communication Systems, Inc., Derivative Litigation*, No. 1:05CV041683 (Cal. Super. Ct.-Santa Clara Cnty. filed May 23, 2005), a shareholder derivative action that sought compensation for Brocade Communications Systems, Inc., for damages incurred in a multi-year criminal stock option backdating scheme. Mr. Smith helped to persuade the company's special litigation committee to prosecute claims against former officers and directors of Brocade responsible for the scheme and to retain the firm as co-counsel. Brocade has recovered tens of millions of dollars and extinguished its obligation to fund the criminal defense of Brocade's former chief executive officer. In *In re SiRF Technology Holdings, Inc., Shareholder Derivative Litigation*, No. 1:08CV106395 (Cal. Super. Ct.–Santa Clara Cnty. Apr. 19, 2010), the firm served as co-lead counsel in prosecuting derivative claims on behalf of this leading GPS chipset designer and direct claims on behalf of a class of shareholders arising out its subsequent sale to UK Bluetooth application developer, CSR plc. Mr. Smith was instrumental in securing key disclosures necessary to enable shareholders to critically evaluate the consideration offered in the proposed sale to UK Bluetooth application developer, CSR plc., the differences in rights the shareholders would have as owners of stock in a UK company, and the value of the derivative claims that would effectively be extinguished upon consummation of the merger.

Mr. Smith presently represents shareholders in securities fraud class actions against Idearc, Inc., and PCS Edventures!, Inc., and shareholders who have brought claims derivatively on behalf of Cell Therapeutics, Inc., E*Trade Financial, Corporation, Forest Laboratories, Inc., iStar Financial, Inc., Johnson & Johnson, Inc., KeyCorp, Motorola, Inc., Smith & Wesson Holding Corporation, STEC, Inc., and Yahoo!, Inc., among several other companies.

Before joining Robbins Umeda LLP, Mr. Smith served for four years as division and regional counsel for UBS Financial Services Inc., a global financial services company, where he advised the regional director and division manager regarding all legal and regulatory matters arising out of the company's Northern Pacific region. Mr. Smith spent the first decade of his career at O'Melveny & Myers LLP, a top-tier international law firm, where he defended a number of Fortune 500 companies and professional services firms in securities fraud class actions, shareholder derivative litigation, SEC investigations and enforcement actions, and professional malpractice and business tort matters. In addition to his work for corporations and professional services firms, Mr. Smith served for five years on O'Melveny & Myers' firm-wide Pro Bono Committee, approving and overseeing the firm's not-for-profit legal work.

Mr. Smith earned his Juris Doctor degree in 1992 from the Yale Law School. While in law school, he served as an extern at the U.S. Attorney's Office in New Haven, Connecticut. Mr. Smith was initiated into Phi Beta Kappa as a junior, and graduated with highest honors in Political Science and highest distinction in Letters and Science from the University of California at Berkeley in 1988. He is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Central, and Southern Districts of California, and the U.S. Court of Appeals for the Ninth Circuit.

## OF COUNSEL

### Nichole T. Browning
Of Counsel

Ms. Browning spearheads the firm's settlement group, and focuses her practice on negotiating and documenting complex litigation settlements. She has represented clients in a range of complex litigation matters, including shareholder derivative actions, securities fraud class actions, consumer class actions, and antitrust litigation. She has handled all aspects of case management from inception through trial and appeals.

Prior to joining the firm, Ms. Browning was a senior associate at the San Francisco office of Barroway Topaz Kessler Meltzer & Check, LLP, where she represented shareholders throughout the United States in complex litigation involving securities fraud class actions and shareholder derivative actions. For example, Ms. Browning acted as co-lead counsel in *In re Atmel Corp. Derivative Litigation*, No. 5:06-cv-4592-JF (N.D. Cal.

Aug. 13, 2010), a shareholder derivative action involving stock option backdating. The case ultimately secured $9.65 million for the company and the implementation of significant corporate governance reforms, including a strengthened process for granting and documenting the issuance of employee stock option awards and enhanced independence of the board of directors. Ms. Browning also played an instrumental role in *In re Apple Computer, Inc. Derivative Litigation*, No. C-06-04128 (N.D. Cal. Nov. 10, 2008), a shareholder derivative action involving stock option backdating. Ms. Browning helped prosecute plaintiffs' claims and supported team efforts that recovered $14 million and prompted Apple to implement cutting edge corporate governance practices.

Earlier in her career, Ms. Browning worked for preeminent Atlanta-based firms prosecuting and defending complex litigation, including securities fraud and antitrust class actions. She has authored publications including *Understanding the Shareholder Bill of Rights*, Law360, Nov. 10, 2009, and together with Martin D. Chitwood, *Private Securities Litigation Reform Act of 1995 (PSLRA) Update*, Institute of Legal Education of Georgia, Nov. 2000.

Ms. Browning received her Juris Doctor degree in 1997 from American University, Washington College of Law. While in law school, Ms. Browning studied at Emory University School of Law in Atlanta, Georgia and the Universidad Diego Portales in Santiago, Chile. She graduated from Emory University in 1994 with a Bachelor of Arts degree in Psychology. Ms. Browning is licensed to practice law in the States of California and Georgia and has been admitted to the U.S. District Courts for the Northern and Central Districts of California, the Northern District of Georgia, and the U.S. Court of Appeals for the Ninth and Eleventh Circuits.

## ASSOCIATES

**Arshan Amiri**
Associate

Mr. Amiri focuses his practice on the litigation of corporate mergers and acquisitions, shareholder derivative actions, and breach of fiduciary duty actions involving publicly traded companies. He has helped represent clients in cases involving U.S. Food and Drug Administration violations, accounting fraud, subprime lending improprieties, stock option backdating, and other breaches of fiduciary duty.

Mr. Amiri earned his Juris Doctor degree in 2006 at the University of San Diego School of Law. While in law school, Mr. Amiri served as a judicial extern to the Honorable Rudi M. Brewster of the U.S. District Court for the Southern District of California. Mr. Amiri earned a Master of Science degree in Bioengineering at the University of Utah in 2003 and a Bachelor of Science degree in Chemistry from the University of Utah in 2001. Mr. Amiri is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Central and Southern Districts of California.

**Gregory E. Del Gaizo**
Associate

Mr. Del Gaizo focuses his practice on shareholder rights litigation, particularly shareholder derivative actions and corporate merger and acquisition class actions. He also has a leadership role in the firm's new matters practice group, in which he identifies and investigates securities fraud and other corporate misconduct at public companies and helps initiate shareholder suits to vindicate their rights and recoup their losses.

Mr. Del Gaizo has helped achieve significant results for his clients. For example, he was a member of the litigation team in *Cardinal Health*, which secured a payment of $70 million to the company. He also supported a litigation team in *KB Home* that obtained $30 million in cash benefits and substantial corporate governance reforms for the company. Mr. Del Gaizo supported another litigation team in *In re Brocade Communications Systems, Inc. Derivative Litigation*, No. 1:05CV041683 (Cal. Super. Ct.-Santa Clara Cnty. filed May 23, 2005). The team was retained by the company's special litigation committee to prosecute its claims against certain of Brocade's officers and directors relating to stock option backdating.

Mr. Del Gaizo has co-authored articles on securities litigation with managing partner Brian J. Robbins, including *State Law Insider Trading Claims See New Light*, The Recorder, July 1, 2011, *Directors and Officers*

*Can't Hide in Del.*, Securities Law360, Jan. 14, 2011, *Control of Forum in Derivative Actions*, The Recorder, Dec. 10, 2010, and *Clearing the Path for Double Derivative Suits*, The Recorder, Nov. 1, 2010).

Mr. Del Gaizo obtained his Juris Doctor degree in 2006 from the University of San Diego School of Law.  While in law school, Mr. Del Gaizo served as a research assistant to corporate law professor Frank Partnoy and as an intern at Kim & Chang, the largest law firm in Korea. Mr. Del Gaizo attended Providence College and, while there, interned for the New York City Law Department.  He graduated *cum laude* in 2003 with a Bachelor of Arts degree in Political Science.  Mr. Del Gaizo is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Central and Southern Districts of California.

**Kevin S. Kim**
Associate

Mr. Kim focuses his practice on shareholder derivative actions, securities class actions, and consumer class actions.  He is a member of the firm's new matters practice group, concentrating on new case evaluations and initiating cases on behalf of clients.

Mr. Kim earned his Juris Doctor degree, *cum laude*, from the University of San Diego School of Law in 2010. While in law school, Mr. Kim served as a law clerk in the Major Frauds Section for the U.S. Attorney's Office, Southern District of California, Criminal Division, a judicial extern for the Honorable Dana M. Sabraw and Honorable Peter C. Lewis of the U.S. District Court, Southern District of California, and as a legal intern at the California Department of Justice, Office of the Attorney General. Mr. Kim graduated from the University of California, San Diego with a Bachelor of Science degree in Management Science in 2007.  He is licensed to practice law in the State of California.

**Kelly M. McIntyre**
Associate

Ms. McIntyre concentrates her practice on representing clients in complex class actions. She has broad experience in litigating shareholder rights actions from inception through appeal, negotiating corporate governance reforms, mediating settlements, and obtaining court approval of settlements.  Ms. McIntyre has been part of various transactional class action teams that achieved substantial benefits to the class, such as additional disclosures in solicitation materials.  She has also helped achieve monetary recovery and corporate governance reform for clients and companies through shareholder derivative litigation.  For example, in *In re Ligand Pharmaceuticals, Inc. Derivative Litigation*, No. GIC834255 (Cal. Super. Ct.-San Diego Cnty. Oct. 12, 2006), Ms. McIntyre was part of the litigation team that obtained a $14 million payment to the company and secured meaningful corporate governance changes.

Prior to joining the firm, Ms. McIntyre had an extensive practice in securities litigation and arbitration, representing major brokerage firms and brokers in customer disputes, employment litigation, and class actions.  She also published *Sanctions in Arbitration* with Michele R. Fron. 1264 PLI/Corp 1143, 1145, 1151, (2001).  Before beginning her legal career, Ms. McIntyre worked as an auditor for Deloitte & Touche and an assistant controller for a Napa Valley winery.

Ms. McIntyre simultaneously obtained her Juris Doctor degree and her Master of Dispute Resolution in 2000 at Pepperdine University, where she received a competitive fellowship and mediated cases in the California Superior Courts.  During law school, Ms. McIntyre interned at the National Association of Securities Dealers (NASD) in Los Angeles, California and spent her summers working for boutique law firms practicing in the areas of employment and family law.  In 1997, Ms. McIntyre earned her Master of Business Administration degree, graduating first in her class with a dual concentration in Finance and Marketing from the Pepperdine University Graziadio School of Business and Management. She earned her Bachelor of Science and Bachelor of Arts degrees in Accounting in 1989 from American University and was named to the Dean's List.  She is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Central, Southern, and Eastern Districts of California, the U.S. District Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

**Lauren N. Ochenduszko**
Associate

Ms. Ochenduszko focuses her practice on representing clients in shareholder rights actions and consumer class actions. Ms. Ochenduszko has served on litigation teams for cases arising from the subprime meltdown, insider trading, and other types of corporate misconduct and unfair business practices, and has helped obtain important corporate governance reform at companies in which her clients are invested.

Ms. Ochenduszko received her Juris Doctor degree in 2010 from the University of Southern California, Gould Law School. While in law school, Ms. Ochenduszko was an active member in the *Review of Law and Social Justice*, Phi Alpha Delta, the Public Interest Law Foundation, and Street Law. She also worked as a summer associate at Robbins Umeda LLP and as a law clerk for a San Diego-based municipal law firm. Ms. Ochenduszko graduated *cum laude* from Gonzaga University in 2007 with a Bachelor of Business Administration degree and a concentration in Law and Public Policy. Ms. Ochenduszko is licensed to practice law in the State of California and has been admitted to the U.S. District Court for the Central District of California and the U.S. Court of Appeals for the Ninth Circuit.

**Ashley R. Palmer**
Associate

Ms. Palmer dedicates her practice to the litigation of complex actions, including securities class actions, antitrust class actions, and shareholder derivative actions. She has helped achieve significant recoveries for shareholders in connection with securities class actions involving corporate mergers and acquisitions. For example, in *Fuerstenberg v. Mid-State Bancshares*, No. CV 060976 (Cal. Super. Ct.-San Luis Obispo Cnty. Oct. 4, 2007), Ms. Palmer was part of the litigation team that obtained waivers favorable to Mid-State shareholders of the "confidentiality" and "no-shop" provisions in the sale agreement designed to permit other suitors to participate effectively in the bidding process. In *In re HCA Inc. Derivative Litigation*, No. 3:05-CV-0968 (M.D. Tenn. Dec. 20, 2007), Ms. Palmer was part of the litigation team that forced disclosure of material information to shareholders before they voted on the proposed buyout by a private equity group and founding member. In addition, Ms. Palmer has helped achieve considerable monetary recoveries and corporate governance reforms for clients and companies through shareholder derivative litigation.

Ms. Palmer received her Juris Doctor in 2006 from Thomas Jefferson School of Law. She graduated *summa cum laude* second in her class, was on the Dean's List, and received the Outstanding Scholastic Achievement Award for the 2004-2005 school year. While in law school, Ms. Palmer served as a judicial extern for the Honorable David A. Workman in the Los Angeles Superior Court. She also was chief articles editor and notes editor of the *Thomas Jefferson Law Review* and vice president of operations of the Tax Society. Ms. Palmer graduated from the University of California, Santa Barbara in 2002 with a Bachelor of Arts degree in Psychology. She is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern and Central Districts of California.

**Jay N. Razzouk**
Associate

Mr. Razzouk focuses his practice on the litigation of complex securities actions. Mr. Razzouk has litigated claims involving stock option backdating, the subprime mortgage crisis, board elections, corporate takeovers, and entrenchment of the board.

In addition, Mr. Razzouk has authored articles including *Litigation Drives Corporate Change*, The Recorder, Feb. 22, 2011 with Brian J. Robbins and *The Momentum, Motive, and Mouse-Kapades of the Majority Vote Movements*, 1 J. Bus. Entrepreneurship & L. 391 (2008).

Mr. Razzouk obtained his Juris Doctor in 2008 from Pepperdine University School of Law. He graduated *cum laude* and as a fellow of the Geoffrey H. Palmer Center for Entrepreneurship & the Law. While in law school, Mr. Razzouk was on the Dean's List and was business editor for the *Journal of Business, Entrepreneurship and the Law*, president of Pepperdine's chapter of the Federalist Society, and lieutenant governor for the American Bar Association's Law Student Division. He also worked as a summer associate at Robbins Umeda

LLP.  Mr. Razzouk graduated *summa cum laude* from La Sierra University in 2005 with a Bachelor of Science degree in Business Accounting and was distinguished by the University President as the 2005 Outstanding University Undergraduate.  Mr. Razzouk is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Central and Southern Districts of California.

**Justin D. Rieger**
Associate

Mr. Rieger concentrates his practice on representing clients in securities class actions arising from corporate mergers and acquisitions.

Prior to joining Robbins Umeda LLP, Mr. Rieger worked at a San Diego based law firm where he helped represent clients in complex business, insurance, and construction-related litigation. He was also an associate at Latham & Watkins where he helped represent certain of the firm's public company clients with matters relating to U.S. Securities and Exchange Commission filings, employee stock plans, and merger-related proxy statements.

Mr. Rieger earned his Master of Laws degree (LL.M.) in Taxation from the University of San Diego School of Law in 2010 and his Juris Doctor degree from Pepperdine University School of Law in 2007. At Pepperdine, he received the Dean's Merit Scholarship, the John Purfield Endowed Scholarship, and served as a staff member on the *Pepperdine Law Review*.  Mr. Rieger earned his Bachelor of Arts degree with honors from Michigan State University in 2005.  Mr. Rieger is licensed to practice law in the State of California.

**Lauren E. Rosner**
Associate

Ms. Rosner focuses her practice on representing shareholders in securities class actions and shareholder derivative actions.

Ms. Rosner received her Juris Doctor degree in 2010 from UCLA School of Law.  While in law school, Ms. Rosner served as chief managing editor and managing editor of the *Journal of Environmental Law and Policy*. She also served as a law clerk in the civil division of the United States Attorney's Office for the Southern District of California and as a summer associate at Robbins Umeda LLP.  Ms. Rosner graduated *Phi Beta Kappa* and *summa cum laude* from the University of California at Berkeley with a Bachelor of Arts degree in Political Science and Psychology.  She is licensed to practice law in the State of California and has been admitted to the U.S. District Court for the Central District of California and the U.S. Court of Appeals for the Ninth Circuit.

**Shane P. Sanders**
Associate

Mr. Sanders represents individual and institutional investors in shareholder derivative actions, securities fraud class actions, and mergers and acquisitions actions.  He has helped prosecute shareholder litigation that recouped millions of dollars from fraudulent corporate officers and secured the implementation of extensive corporate governance reforms at public corporations.  In so doing, Mr. Sanders has successfully opposed numerous dispositive motions, including motions based on demand futility.  For example, in *In re Ligand Pharmaceuticals, Inc. Derivative Litigation*, No. GIC834255 (Cal. Super. Ct.-San Diego Cnty. Oct. 12, 2006), after supporting a team that persuaded the court that demand on a board of directors was futile and that defeated all of defendants' other motions, Mr. Sanders helped obtain a $14 million payment to the corporation and significant corporate governance improvements for the company.  In *In re Vitesse Semiconductor Corporation*, No. Civ240483 (Cal. Sup. Ct.-Ventura Cnty. Oct. 17, 2008), Mr. Sanders was part of a team that achieved the return of more than $13 million from company insiders and valuable corporate governance improvements.  In *In re Fossil, Inc. Derivative Litigation*, No. 3:06-cv-01672-F (N.D. Tex. July 6, 2011), Mr. Sanders supported a team in multi-year derivative litigation that recently achieved a settlement securing $8.6 million payment for Fossil from individual defendants and industry leading corporate governance reform such as declassifying the election of directors to the board.  In addition, Mr. Sanders was the lead associate in *In re Koss Corporation Shareholder Derivative Litigation*, No. 10-CV-2422 (Wis. Cir. Ct.-Milwaukee Cnty. filed Feb.

16, 2010), a shareholder derivative action which involved the theft of tens of millions of dollars from the company by one of its executive officers.  In that case, Mr. Sanders and his fellow counsel defeated defendants' motion to dismiss based on demand futility and negotiated a settlement (pending court approval) that provided for the implementation of extensive corporate governance changes including the separation of the positions of chairman of the board of directors, chief executive officer, and chief financial officer; the appointment of a lead independent director; enhanced accounting and audit functions; and the implementation of a plan requiring the reimbursement of excess incentive-based compensation in the event of a financial restatement.  Mr. Sanders was also the lead associate on *Paschetto v. Shaich*, No. 08-SL-CC00805 (Mo. Cir. Ct.-St. Louis Cnty. April 8, 2011), a shareholder derivative action on behalf of Panera Bread Company in which Mr. Sanders helped the firm defeat defendants' motion to dismiss based on demand futility and negotiate a settlement that provided substantial benefits to the company and its shareholders.

Mr. Sanders received his Juris Doctor degree in 2004 from the University of San Diego School of Law.  While in law school, Mr. Sanders served as a law clerk at the San Diego County Public Defender's Office, and he was a member of the Association of Trial Lawyers of America and USD's Sports and Entertainment Law Society. He also participated in USD's Thorsnes Closing Argument Competition and Senior Honors Moot Court Competition, receiving among the highest marks for his written briefs.  Mr. Sanders graduated from the University of California, Santa Barbara in 2001 with a Bachelor of Arts degree in Sociology.  He is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Central, and Southern, Districts of California, and the U.S. Court of Appeals for the Ninth Circuit.

**Gina Stassi**
Associate

Ms. Stassi concentrates her practice on litigating shareholder derivative and consumer class actions.  She has represented clients in the financial, insurance, health care, and technology industries and has served on litigation teams for cases arising from the subprime meltdown, false advertising, insider trading, and other types of corporate misconduct and unfair business practices.

Ms. Stassi received her Juris Doctor degree in 2008 from Pepperdine University School of Law.  While in law school, she served as a judicial extern to the Honorable Michael Johnson of the Superior Court of California, Los Angeles and as a law clerk for a Los Angeles-based plaintiff's firm.  Ms. Stassi graduated *magna cum laude* from Loyola Marymount University in 2002 with a Bachelor of Arts degree in English.  She is licensed to practice law in the State of California and has been admitted to the U.S. District Courts for the Northern and Southern Districts of California.

**Conrad B. Stephens**
Associate

Mr. Stephens works in the firm's new matters practice group and focuses on identifying, investigating, and evaluating companies suspected of securities fraud, fiduciary duty breaches, and other corporate misconduct for U.S. and international clients.  In addition, Mr. Stephens concentrates on employment matters representing employee clients in wage and hour class and collective actions brought under both state and federal law.

Mr. Stephens earned his Juris Doctor degree in 2009 from the University of San Diego School of Law.  While in law school, Mr. Stephens served as a judicial intern to the Honorable Thomas A. Wiseman, Jr. of the U.S. District Court for the Middle District of Tennessee.  Mr. Stephens also attended the Institute on International and Comparative Law at Trinity College in Dublin, Ireland where he studied international negotiations and comparative civil rights.  He also served as a client relations clerk and a law clerk at Robbins Umeda LLP.  Mr. Stephens graduated *cum laude* from California State University, San Marcos in 2005, where he was named to the Dean's List and earned a Bachelor of Arts degree in Political Science.  Mr. Stephens is licensed to practice law in the State of California and the U.S. District Courts for the Central and Southern Districts of California.

**Christopher L. Walters**
Associate

Mr. Walters is a litigation and trial attorney and focuses his practice on securities, antitrust, and False Claims Act matters.  He has extensive discovery experience, including leading a discovery team, and has helped achieve several jury trial victories for his clients.

Prior to joining the firm, Mr. Walters was an associate and then a partner at Troutman Sanders LLP (formerly Ross, Dixon & Bell LLP), where he focused on complex civil litigation, labor and employment, antitrust, False Claims Act, and financial services matters.  While there, Mr. Walters served in a leadership role in the litigation of *United States ex rel. Beck v. Hexcel*, No. 2:05-cv-03372 FMC (RNBx) (C.D. Cal. May 19, 2008), a False Claims Act matter in which he represented four private citizens as relators and helped negotiate a settlement of more than $75 million, one of the largest recoveries by private citizens under the False Claims Act without the federal government's intervention.  In a related antitrust class action, *Horizon Sports Tech., Inc. v. Newport Adhesives & Composites, Inc.*, No. 02-CIV-8216 FMC (S.D. Cal.), Mr. Walters served as a lead attorney in the case alleging price-fixing and agreements to allocate customers.  Mr. Walters helped achieve a successful settlement of the plaintiff's claims that involved each of the world's largest carbon manufacturers, including those companies who did not sell carbon fiber to the plaintiff.

Mr. Walters is actively involved in the local community and currently serves on the board of directors for the San Diego Volunteer Lawyer Program and the East County Family YMCA.

Mr. Walters received his Juris Doctor degree from the University of Southern California in 1999.  During law school, Mr. Walters was on the staff for the *Southern California Law Review* and received the American Jurisprudence Award for torts.  He also served as a research assistant to Alexander Capron, professor of healthcare law, policy, and ethics.  Mr. Walters received his Bachelor of Arts degree in Integrative Biology and Bachelor of Arts with honors in Religious Studies from the University of California at Berkeley in 1996.  Mr. Walters is licensed to practice law in the State of California, and has been admitted to the U.S. District Courts for the Northern, Southern, and Central Districts of California.

**Julia M. Williams**
Associate

Ms. Williams concentrates her practice on the litigation of corporate merger and acquisition class actions and shareholder derivative actions.  Ms. Williams has been a key player on litigation teams that have achieved significant results for her clients.  She was a member of the team of lawyers that litigated *Juniper Networks*, achieving a $22 million contribution to the company and significant corporate governance reforms, and *Sanminia-SCI Corporation*, achieving a $16.5 million recovery from the defendants to the company in addition to numerous corporate governance reforms.

Before attending law school, Ms. Williams worked as a financial analyst at a Fortune 500 company, where she prepared presentations for board of directors and executive officer meetings, drafted company financial reports, and participated in the preparation of company financials and U.S. Securities and Exchange Commission filings.

Ms. Williams obtained her Juris Doctor degree in 2006 from the University of California, Los Angeles School of Law, with a concentration in Business Law.  While in law school, Ms. Williams was managing editor for the *Entertainment Law Review*, and a staff member of the *Journal of International Law and Foreign Affairs*.  She also participated in Moot Court and numerous student volunteer organizations, and was the recipient of the Graduate Opportunity Fellowship.  Ms. Williams graduated with honors from the University of California, San Diego in 2002 with a Bachelor of Arts degree in Political Science and Economics.  Ms. Williams is licensed to practice law in the State of California, and has been admitted to the U.S. District Court for the Central District of California and the U.S. Court of Appeals for the First and Second Circuits.

**CONTACT**

Robbins Umeda LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991
E-mail: info@robbinsumeda.com
www.robbinsumeda.com