**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **RONALD WALKER**<br><br>    **Plaintiff**<br><br>v.<br><br>**CONSTELLATION ENERGY GROUP, INC.,**<br>et al.<br><br>    **Defendants** | **CASE NO. 1:11-CV-02165-WDQ** |

### CONSTELLATION DEFENDANTS' MOTION TO STAY
### PENDING RESOLUTION OF PRIOR-FILED STATE CASES

Defendants Mayo A. Shattuck III, Yves C. DeBalmann, Ann C. Berzin, James T. Brady, James R. Curtis, Freeman A. Hrabowski III, Nancy Lampton, Robert J. Lawless, John L. Skolds, and Michael D. Sullivan (the "Individual Defendants") and Constellation Entergy Group, Inc. ("Constellation" and, with the Individual Defendants, the "Constellation Defendants") move for a Stay Pending Resolution of Prior-Filed State Court Actions. The grounds for this motion are set forth fully in the accompanying memorandum in support.

Dated:  September 7, 2011

  /s/  Brant W. Bishop, P.C.

James D. Mathias (Bar No. 06311)
David Clarke, Jr. (Bar No. 02177)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4000
(410) 580-3000 (facsimile)
james.mathias@dlapiper.com
david.clarke@dlapiper.com

James P. Gillespie, P.C. (*pro hac vice* pending)
Brant W. Bishop, P.C. (Bar No. 24829)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 (facsimile)
james.gillespie@kirkland.com
brant.bishop@kirkland.com

*Counsel for Constellation Energy Group, Inc.*
*and the Individual Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **RONALD WALKER**<br><br>       **Plaintiff**<br>**v.**<br><br>**CONSTELLATION ENERGY GROUP, INC.,** et al.<br><br>       **Defendants** | **CASE NO. 1:11-CV-02165-WDQ** |

**[PROPOSED] ORDER**

Upon consideration of the Constellation Defendants' Motion To Stay Pending Resolution of Prior-Filed State Court Actions, and any opposition to the motion, it is this _____ day of _____, 2011,

**ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** this case is stayed until further Order of the Court.

_____
Honorable William D. Quarles, Jr.
U.S. District Court for the District of Maryland

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion To Stay Pending Resolution of Prior-Filed State Court Actions, Memorandum of Law in support thereof, with supporting declaration and exhibits, and Proposed Order were filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and electronically sent to those indicated as non-registered participants on this the 7th day of September, 2011:

Donald J. Enright, Esquire
Levi & Korinsky, LLP
1101 30th Street, N.W.
Suite 115
Washington, D.C. 20007
denright@zlk.com

John B. Isbister, Esquire
Daniel S. Katz, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
jisbister@tydingslaw.com
dkatz@tydingslaw.com

Charles J. Piven, Esquire
Yelena Trepetin, Esquire
Brower Piven
1925 Old Valley Road
Stevenson, Maryland 21153
piven@browerpiven.com
trepetin@browerpiven.com

*Counsel for Plaintiff*

Matthew R. Kipp, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
matthew.kipp@skadden.com

*Counsel for Defendant Exelon Corporation*

James L. Shea, Esquire
G. Stewart Webb, Esquire
Venable LLP
750 East Pratt Street
Suite 900
Baltimore, Maryland 21202
jshea@venable.com
gswebb@venable.com

*Counsel for Defendants Exelon Corporation and Bolt Acquisition Corp.*

   /s/   Brant W. Bishop, P.C.
        Brant W. Bishop, P.C.