# Exhibit I



September 01, 2011 07:40 PM Eastern Daylight Time

# The Law Office of Robbins Umeda LLP Announces Class Action Suit against Constellation Energy Group, Inc.

SAN DIEGO--(BUSINESS WIRE)--Robbins Umeda LLP announces that the firm commenced a class action lawsuit on August 30, 2011, in the U.S. District Court for the District of Maryland on behalf of all persons who hold shares of common stock of Constellation Energy Group, Inc. ("Constellation Energy") (NYSE: CEG) against Constellation Energy and its board of directors for violations of sections 14(a) and 20(a) of the Securities Exchange Act of 1934 in connection with the proposed acquisition of Constellation Energy by Exelon Corporation ("Exelon").

The complaint arises out of an April 28, 2011, press release announcing that Constellation Energy had entered into a definitive merger agreement with Exelon, pursuant to which Constellation Energy shareholders would receive 0.930 shares of Exelon for each share of Constellation Energy they own, which based on Exelon's closing price on April 27, 2011, is equivalent to $38.59 per share (the "Proposed Acquisition").

The complaint alleges that certain of the defendants, in connection with the Proposed Acquisition, breached or aided and abetted the other defendants' breaches of their fiduciary duties of loyalty and due care, as well as federal securities laws. The complaint further alleges that, in an attempt to secure shareholder approval of the Proposed Acquisition, the defendants filed a materially misleading Form S-4 Registration Statement with the U.S. Securities and Exchange Commission in violation of sections 14(a) and 20(a) of the Securities Exchange Act of 1934. The omitted and/or misrepresented information is believed to be material in assisting Constellation Energy shareholders in making an informed decision whether or not to vote in favor of the Proposed Acquisition.

Plaintiff seeks injunctive relief on behalf of all Constellation Energy shareholders as of April 28, 2011 (the "Class"). The plaintiff is represented by Robbins Umeda LLP.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from September 1, 2011. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Gregory E. Del Gaizo, Esq. of Robbins Umeda LLP at 800-350-6003, via the shareholder information form on our website or by e-mail at info@robbinsumeda.com. Any member of the Class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent Class member.

Robbins Umeda LLP, a California-based law firm, has significant experience representing investors in securities fraud class actions, merger-related shareholder class actions, and shareholder derivative actions. The firm's skilled litigation teams include former federal prosecutors, former defense counsel from top multinational corporate law firms, and career shareholder rights attorneys. Robbins Umeda LLP has helped its clients realize more than $1 billion of value for themselves and the companies in which they have invested. For more information about the firm, please go to http://www.robbinsumeda.com.

Press release link: http://www.robbinsumeda.com/shareholders-rights-blog/constellation-energy-group-inc/

Attorney Advertising. Past results do not guarantee a similar outcome.

## Contacts

Robbins Umeda LLP
Gregory E. Del Gaizo, Esq., 800-350-6003

Case 1:11-cv-02165-WDQ   Document 11-11   Filed 09/07/11   Page 3 of 3

info@robbinsumeda.com

