**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **RONALD WALKER**<br><br>　　**Plaintiff**<br>**v.**<br><br>**CONSTELLATION ENERGY GROUP, INC.,**<br>**et al.**<br><br>　　**Defendants** | **CASE NO. 1:11-CV-02165-WDQ** |

**CONSTELLATION DEFENDANTS' MOTION FOR
PROTECTIVE ORDER TO STAY DISCOVERY**

Defendants Mayo A. Shattuck III, Yves C. DeBalmann, Ann C. Berzin, James T. Brady, James R. Curtis, Freeman A. Hrabowski III, Nancy Lampton, Robert J. Lawless, John L. Skolds, and Michael D. Sullivan (the "Individual Defendants") and Constellation Entergy Group, Inc. ("Constellation" and, with the Individual Defendants, the "Constellation Defendants") move for a Protective Order staying discovery. The grounds for this motion, as well as the Constellation Defendants' opposition to Plaintiff's Motion for Expedited Discovery, are set forth fully in the accompanying memorandum in support.

Dated:  September 8, 2011

          _____/s/_____
          James D. Mathias (Bar No. 06311)
          David Clarke, Jr. (Bar No. 02177)
          DLA Piper LLP (US)
          6225 Smith Avenue
          Baltimore, Maryland 21209
          (410) 580-4000
          (410) 580-3000 (facsimile)
          james.mathias@dlapiper.com
          david.clarke@dlapiper.com


          _____/s/_____
          James P. Gillespie *
          Brant W. Bishop (Bar No. 24829)
          Kirkland & Ellis LLP
          655 Fifteenth Street, N.W.
          Washington, D.C. 20005
          (202) 879-5000
          (202) 879-5200 (facsimile)
          james.gillespie@kirkland.com
          brant.bishop@kirkland.com

          *Counsel for Constellation Energy Group, Inc. and the Individual Defendants*

          * motion for admission *pro hac vice* pending