**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Baltimore Division

| | | |
|---|---|---|
| WALKER, RONALD | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 11-cv-02165-WDQ |
| v. | * | |
| CONSTELLATION ENERGY GROUP, INC., ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF EXELON DEFENDANTS TO STAY**
**PENDING RESOLUTION OF PRIOR-FILED STATE CASES**

Defendants Exelon Corporation and Bolt Acquisition Corporation (collectively the "Exelon Defendants"), by their undersigned attorneys, move for a Stay Pending Resolution of Prior-Filed State Court Actions.  In support of this Motion, the Exelon Defendants hereby join and adopt the Constellation Defendants' Motion to Stay Pending Resolution of Prior-Filed State Cases, supporting Memorandum and accompanying Exhibits (Exhibits A through K, inclusive), all filed on September 7, 2011 under CM/ECF Document No. 11.

DATED: September 8, 2011                                              Respectfully submitted,


**[SIGNATURES NEXT PAGE]**

OF COUNSEL:

|  |  |
|---|---|
| Matthew R. Kipp<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1720<br>(312) 407-0728 (Telephone No.)<br>(312) 407-0411 (Facsimile No.) | _____/s/_____<br>James L. Shea<br>G. Stewart Webb, Jr.<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>(410) 244-7400 (Telephone No.)<br>(410) 244-7742 (Facsimile No.) |
| Edward P. Welch<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>Wilmington, Delaware 19801<br>(302) 651-3060 (Telephone No.)<br>(302) 434-3060 (Facsimile No.) | *Attorneys for Defendants*<br>*Exelon Corporation and Bolt Acquisition*<br>*Corporation* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September, 2011 copies of the foregoing Motion of Exelon Defendants to Stay Pending Resolution of Prior-Filed State Cases were mailed, first class, postage prepaid, and e-mailed to:

Donald J. Enright, Esquire
Levi & Korinsky, LLP
1101 30th Street, N.W.
Suite 115
Washington, D.C. 20007
denright@zlk.com

John B. Isbister, Esquire
Daniel S. Katz, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
jisbister@tydingslaw.com
dkatz@tydingslaw.com

Charles J. Piven, Esquire
Yelena Trepetin, Esquire
Brower Piven
1925 Old Valley Road
Stevenson, Maryland 21153
piven@browerpiven.com
trepetin@browerpiven.com

*Attorneys for Plaintiff*

James P. Gillespie, P.C.
Brant W. Bishop, P.C.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
james.gillespie@kirkland.com
brant.bishop@kirkland.com


James D. Mathias, Esquire
David Clarke, Jr., Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
james.mathias@dlapiper.com
david.clarke@dlapiper.com


*Attorneys for Constellation Energy Group, Inc.
and the Individual Defendants*

/s/
G. Stewart Webb, Jr.